IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER DYACHISHIN AND

GALINA DYACHISHIN,

        Plaintiffs,                No. CIV S-09-2639 JAM GGH PS

    vs.

AMERICA'S WHOLESALE LENDERS, et al.,

        Defendants.               <u>ORDER</u>

_____/

        On November 30, 2009, plaintiffs filed a notice of substitution of counsel. All parties now appearing by counsel, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform all duties described in Local Rule 72-302(c)(1)-(20).

        Hearings presently scheduled on December 3, 2009, and January 7, 2010 are vacated. Defendants are directed to re-notice the hearings on the calendar of the District Judge. The Clerk of Court is directed to serve this order on proposed counsel for plaintiff at the address listed on docket # 21.

        IT IS SO ORDERED.

DATED: December 1, 2009

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

ggh:076
Dyachishin2639.re.wpd