# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DYACHISHIN AND GALINA DYACHISHIN <br> (as husband and wife) <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA'S WHOLESALE LENDERS; COUNTRYWIDE FINANCIAL CORPORATION; RECONTRUST COMPANY; BANK OF AMERICA CORPORATION; WASHINGTON MUTUAL BANK; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1-50 inclusive, <br><br> Defendants. | Case No.: 2:09-CV-02639-JAM-GGH <br><br> **JUDGMENT AFTER GRANTING MOTIONS TO DISMISS** <br><br> The Honorable John A. Mendez |

SF01DOCS\16292.2

[PROPOSED] ORDER – 2:10-cv-00016-FCD-KJM

PDF created with pdfFactory trial version www.pdffactory.com

## JUDGMENT

The Court having granted the Motions of Defendants COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDERS (erroneously sued as AMERICA'S WHOLESALE LENDERS); RECONTRUST COMPANY, BANK OF AMERICA CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and JPMORGAN CHASE BANK, N.A., an Acquirer of Certain Assets and Liabilities of WASHINGTON MUTUAL BANK from the FDIC Acting As Receiver (collectively, "Defendants") to dismiss the Complaint of Plaintiffs PETER DYACHISHIN and GALINA DYACHISHIN with prejudice by Orders dated April 14, 2010, and having determined pursuant to Federal Rule of Civil Procedure 54(b) that there is no just reason for delay in entering judgment as between Plaintiff and said Defendants, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs PETER DYACHISHIN and GALINA DYACHISHIN take nothing by their Complaint against Defendants.

Dated: April 29, 2010            /s/ John A. Mendez_____

The Honorable John A. Mendez

Respectfully Submitted By:      **BRYAN CAVE LLP**
Robert E. Boone III
James Goldberg
Berrie R. Goldman

By:   /s/ Berrie R. Goldman
      Berrie R. Goldman
      Attorneys for Defendants
COUNTRYWIDE FINANCIAL CORPORATION,
COUNTRYWIDE HOME LOANS, INC. d/b/a
AMERICA'S WHOLESALE LENDERS,
RECONTRUST COMPANY, BANK OF AMERICA
CORPORATION, and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

PDF created with pdfFactory trial version www.pdffactory.com

**ADORNO YOSS ALVARADO & SMITH**
John M. Sorich
S. Christopher Yoo
Jenny L. Merris


By:   /s/ S. Christopher Yoo
      S. Christopher Yoo
      Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., AN
ACQUIRER OF CERTAIN ASSETS AND
LIABILITIES OF WASHINGTON MUTUAL
BANK FROM THE FDIC ACTING AS RECEIVER

PDF created with pdfFactory trial version www.pdffactory.com